UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF INTERIOR, et al.,<br><br>　　　　　Defendants. | 1:02-cv-6461 OWW DLB<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 10/3/05 8:45 Ctrm. 2 |

I.   Date of Scheduling Conference.

　　May 31, 2005.

II.  Appearances Of Counsel.

　　Kronick, Moskovitz, Tiedemann & Girard by Daniel O'Hanlon, Esq., appeared on behalf of Plaintiffs.

　　Jay Maysonett, Esq., Assistant United States Attorney appeared on behalf of the Federal Defendants.

　　Laura Robb, Esq., and Andrea Treece, Esq., appeared on behalf of the Intervenors, Natural Resources Defense Council and Earth Justice.

　　Hamilton Candee, Esq., appeared on behalf of Intervenor Natural Resources Defense Council.

III. Status of Case.

    1.   Pursuant to the Joint Status Report in this case, the parties agree that it is prudent to set a further status conference in approximately 120 days to enable the pending case in Washington, D.C., in which a motion for transfer has been made, to be decided.  Further, the parties agree that in view of the changing circumstances attending the case, a 120 day delay in prosecution of this case by formal motions or other court proceedings will not cause prejudice to any party or the public interest.  Accordingly, a further status conference will be held October 3, 2005, at 8:45 a.m.  All parties may appear telephonically.

SO ORDERED.

DATED:  May 31, 2005.

                                          /s/ OLIVER W. WANGER
                                              Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

san luis sch con