1  DANIEL J. O'HANLON, State Bar No. 122380
   JON D. RUBIN, State Bar No. 196944
2  ANDREW P. TAURIAINEN, State Bar No. 214837
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3  A Professional Corporation
   400 Capitol Mall, 27th Floor
4  Sacramento, CA  95814-4416
   Telephone: (916) 321-4500
5  Facsimile: (916) 321-4555

6  Attorneys for Plaintiffs SAN LUIS & DELTA-
   MENDOTA WATER AUTHORITY and
7  WESTLANDS WATER DISTRICT

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 SAN LUIS & DELTA-MENDOTA              CASE NO. CIV F-02-6461 OWW DLB
   WATER AUTHORITY and
12 WESTLANDS WATER DISTRICT,
                                        **JOINT STIPULATION SETTLING
13          Plaintiffs,                 CLAIMS FOR ATTORNEYS' FEES AND
                                        COSTS RELATED TO FIRST CLAIM AND
14     v.                               ORDER**

15 U.S. DEPARTMENT OF THE
   INTERIOR; GALE A. NORTON, as
16 Secretary of the U.S. Department of the
   Interior; U.S. FISH AND WILDLIFE
17 SERVICE; STEVE WILLIAMS, as
   Director, Fish and Wildlife Service, U.S.
18 Department of the Interior; STEVE
   THOMPSON, as Operations Manager,
19 California/Nevada Operations Office,
   Fish and Wildlife Service, Pacific Region,
20 U.S. Department of the Interior; ANNE
   BADGLEY, as Regional Director, Fish
21 and Wildlife Service, Pacific Region,
   U.S. Department of the Interior,
22
            Defendants,
23
   NATIONAL RESOURCES DEFENSE
24 COUNCIL, et al.,

25          Intervenor-Defendants.

26

27     Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water

28 District (collectively, "Plaintiffs") and Federal Defendants United States Department of the

Interior; Gale A. Norton, Secretary of the Interior; United States Fish and Wildlife Service (the "Service" or "FWS"); Steve Williams, Director, FWS; Steve Thompson, Operations Manager, California/Nevada Operations Office, FWS; and Anne Badgley, Regional Director, FWS (collectively, "Federal Defendants"), by and through their undersigned counsel, say as follows:

WHEREAS, on November 22, 2002, Plaintiffs filed a complaint initiating the present action;

WHEREAS, the First Claim in Plaintiffs' complaint alleged that the Service had failed to conduct a five-year review of the listing status of the delta smelt, a fish, as required by Section 4(c)(2) of the Endangered Species Act ("ESA");

WHEREAS, Plaintiffs' First Claim was resolved on June 19, 2003 when the Court entered a stipulated settlement agreement (the "Agreement") submitted by the parties;

WHEREAS, under § 7 of that Agreement, Federal Defendants agreed to pay the "reasonable attorneys' fees and costs" attributable to Plaintiffs' First Claim for relief;

WHEREAS, Plaintiffs have now presented Federal Defendants with a claim for attorneys' fees and costs attributable to their First Claim for relief in this matter;

WHEREAS, the parties agree that it is in the interest of the parties and judicial economy to settle this claim for attorneys' fees and costs without protracted litigation; and,

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, Plaintiffs and Federal Defendants hereby Stipulate and Agree as follows:

1.      Federal Defendants agree to settle Plaintiffs' claim for the costs and attorneys' fees attributable to Plaintiffs' First Claim for relief in this matter for a total of $22,000. Payment will be made by wire transfer pursuant to instructions to be provided by Plaintiffs.

2.      Federal Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this stipulation.

3.      Plaintiffs agree to accept payment of $22,000 in full satisfaction of any and

all claims for attorneys' fees and costs of litigation attributable to Plaintiffs' First Claim for relief in this matter, including any and all attorneys' fees and costs incurred compiling, presenting, and negotiating their claim for attorneys' fees and costs.

4.      Plaintiffs agree that receipt of this payment from Federal Defendants shall operate as a release of Plaintiffs' claims for all attorneys' fees and costs attributable to Plaintiffs' First Claim for relief in this matter, and also any and all attorneys' fees and costs incurred compiling, presenting, and negotiating their claim for attorneys' fees and costs. Plaintiffs reserve their claims for attorneys' fees and costs that are attributable to the Second, Third, Fourth and Fifth Claims for relief in this matter.

5.      By this Agreement, Federal Defendants do not waive any right to contest any further fees or costs claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in the present litigation or any future litigation.  Further, this stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

Respectfully submitted,

Dated:  June 22, 2005            KELLY A. JOHNSON, Acting Assistant Attorney General
                                United States Department of Justice
                                Environment and Natural Resources Division
                                JEAN E. WILLIAMS, Chief
                                LISA L. RUSSELL, Assistant Chief


                                _____
                                JAMES A. MAYSONETT, Trial Attorney
                                D.C. Bar #463856
                                Wildlife and Marine Resources Section
                                Benjamin Franklin Station, P.O. Box 7369
                                Washington, D.C.  20044-7369
                                Telephone:  (202) 305-0216
                                Facsimile:  (202) 305-0275
                                Attorneys for Federal Defendants

Dated:  June 22, 2005            KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                A Professional Corporation


                                By _____
                                        Daniel J. O'Hanlon
                                        Attorneys for Plaintiffs SAN LUIS & DELTA-
                                        MENDOTA WATER AUTHORITY and
                                        WESTLANDS WATER DISTRICT

1

2 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

3

Dated:  __June 27, 2005

4

5                                        /s/ OLIVER W. WANGER
_____
6                                        HON. OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28