DANIEL J. O'HANLON, State Bar No. 122380
JON D. RUBIN, State Bar No. 196944
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GALE A. NORTON, as Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; STEVE WILLIAMS, as Director, Fish and Wildlife Service, U.S. Department of the Interior; STEVE THOMPSON, as Operations Manager, California/Nevada Operations Office, Fish and Wildlife Service, Pacific Region, U.S. Department of the Interior; ANNE BADGLEY, as Regional Director, Fish and Wildlife Service, Pacific Region, U.S. Department of the Interior,<br><br>Defendants,<br><br>NATIONAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Intervenor-Defendants. | CASE NO. CIV F-02-6461 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Judge:    Hon. Oliver W. Wanger |

WHEREAS, a scheduling conference in this action is set for January 19, 2006 at 8:45 a.m.;

WHEREAS, due to a scheduling conflict counsel for Federal Defendants will be

unable to participate in the January 19, 2006 scheduling conference in this action;

WHEREAS, this action involves claims regarding the status and recovery criteria for the delta smelt;

WHEREAS, some of the same parties, counsel and claims are involved in a second action before the Court, *California Farm Bureau Federation v. Badgley, et al.*, No. 1:05-CV-1280 ("*Badgley*");

WHEREAS, a third action before this Court involving some of the same parties and counsel challenges the biological opinion regarding the effect of project operations on the delta smelt, *National Resources Defense Council v. Norton, et al.*, No. 1:05-CV-01207 OWW ("*Norton*");

WHEREAS, both the *Badgley* and *Norton* cases are set for scheduling conference on February 8, 2006 at 8:45 a.m.;

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the scheduling conference in this action currently set for January 19, 2006 be continued to February 8, 2006 at 8:45 a.m.

Dated:  January 11, 2006          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                  A Professional Corporation


                                  By    /s/ Daniel J. O'Hanlon
                                        Daniel J. O'Hanlon
                                        Attorneys for Plaintiffs SAN LUIS & DELTA-
                                        MENDOTA WATER AUTHORITY and
                                        WESTLANDS WATER DISTRICT


Dated:  January 11, 2006          SUE ELLEN WOOLDRIDGE
                                  Acting Assistant Attorney General
                                  United States Department of Justice
                                  Environment and Natural Resources Division

                                  JEAN E. WILLIAMS, Chief
                                  SETH M. BARSKY, Assistant Chief


                                  /s/ James A. Maysonett (as authorized on 01/11/06)
                                  JAMES A. MAYSONETT, Trial Attorney
                                  (D.C. Bar # 463856)
                                  Wildlife and Marine Resources Section

Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile: (202) 305-0275
Attorneys for Federal Defendants

Dated: January 11, 2006

/s/ Andrea Treece (as authorized on 01/11/06)
ANDREA TREECE (CA Bar No. 237639)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

TRENT W. ORR (CA Bar No. 077656)
953 Clayton Street, #5
San Francisco, CA  94117
Telephone: (415) 665-2185
Facsimile: (415) 665-2592
Attorneys for Intervenors

# **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:   January 12, 2006

/s/ OLIVER W. WANGER

Honorable Oliver W. Wanger
United States District Judge