# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; GALE A. NORTON, a Secretary of the U.S. Department of the Interior, etc., et al.,<br><br>        Defendants. | 1:02-cv-6461 OWW DLB<br><br>SUPPLEMENTAL SCHEDULING ORDER CONSOLIDATING ACTIONS AND ORDER REGARDING SETTLEMENT NEGOTIATIONS |

I.   Date of Scheduling Conference.

    February 8, 2006.

II.  Appearances Of Counsel.

    Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq., appeared on behalf of Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District.

    James Maysonette, Esq., Trial Attorney, U.S. Department of Justice, appeared on behalf of Defendants U.S. Department of the Interior and all other Federal Defendants.

    Gibson, Dunn & Crutcher by Christopher H. Buckley, Jr.,

1

1  Esq., appeared on behalf of Plaintiffs California Farm Bureau
2  Federation, a California non-profit corporation.
3       Brenda Jahns Southwick, Esq., appeared on behalf of
4  Plaintiffs Ted Sheeley and California Farm Bureau Federation.
5       Rhonda Lucas, Esq., appeared on behalf of Plaintiff
6  California Farm Bureau Federation.
7       Trent W. Orr, Esq., Andrea A. Treece, Esq., and Katherine
8  Poole, Esq., appeared on behalf of Natural Resources Defense
9  Council.
10 III.  Consolidation For All Purposes.
11      1.   Case Numbers 1:02-cv-6461 OWW DLB and 1:05-cv-01280 OWW
12 LJO by agreement of all parties, are hereby ordered consolidated
13 for all purposes, including trial.
14      2.   All future pleadings shall be filed under Case Number
15 1:02-cv-6461 OWW DLB.  Case Number 1:05-cv-01280 OWW LJO shall be
16 administratively closed.
17 IV.  Settlement.
18      1.   The parties shall have sixty (60) days through and
19 including April 14, 2006, to determine whether these consolidated
20 cases can be non-judicially resolved.  The Plaintiffs and Federal
21 Defendants shall engage in preliminary discussions.  At the time
22 any substantive proposals of settlements are to be communicated,
23 all parties shall have full participation in any and all
24 settlement negotiations.
25 V.  Future Schedule.
26      1.   If the cases do not settle by April 14, 2006, the
27 parties shall confer and shall provide the Court with a proposed
28 schedule for the final resolution of these cases.  The proposed

2

schedule shall be filed by April 15, 2006.  If necessary, a scheduling conference will then be convened.

SO ORDERED.

DATED:   February 9, 2006.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

san luis v. dept of interior sch con