1  BRENDA WASHINGTON DAVIS, State Bar No. 133087
2  RONDA AZEVEDO LUCAS, State Bar No. 222244
   JOHN R. WEECH, State Bar No. 218641
3  2300 River Plaza Drive
   Sacramento, California 95833
4  Telephone: (916) 561-5665
   Facsimile: (916) 561-5691
5
6  *Attorneys for Plaintiffs*
   *Ted Sheely and California Farm Bureau Federation*
7
8  CHRISTOPHER H. BUCKLEY, JR.
   GIBSON, DUNN & CRUTCHER LLP
9  1050 Connecticut Avenue N.W., Suite 900
   Washington, D.C. 20036
10 Telephone: (202) 887-3621
   Facsimile: (202) 530-9535
11
12 *Pro Hac Vice*
   *Attorneys for California Farm Bureau Federation*
13
                     **UNITED STATES DISTRICT COURT**
14
                     **EASTERN DISTRICT OF CALIFORNIA**
15

16 | SAN LUIS & DELTA-MENDOTA WATER | CASE NO. CIV F-02-6461 OWW DLB |
17 | AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU | **SCHEDULING CONFERENCE ORDER** |
18 | FEDERATION and TED SHEELY, | |
19 | Plaintiffs, | **Date:** July 28, 2006 |
   | | **Time:** 9:00 a.m. |
20 | v. | **Dept:** 3 |
   | | **Judge:** Hon. Oliver W. Wanger |
21 | U.S. DEPARTMENT OF THE INTERIOR; | |
22 | LYNN SCARLETT, as Acting Secretary of the U.S. Department of the Interior; U.S. FISH AND | |
23 | WILDLIFE SERVICE; H. DALE HALL, as | |
24 | Director, Fish and Wildlife Service, U.S. Department of the Interior; STEVE | |
25 | THOMPSON, as Operations Manager, California/Nevada Operations Office, Fish and | |
26 | Wildlife Service, Pacific Region, U.S. Department | |
27 | of the Interior; DAVE ALLEN, as Regional Director, Fish and Wildlife Service, Pacific | |
28 | Region, U.S. Department of the Interior, | |

Gibson, Dunn &
Crutcher LLP

PDF created with pdfFactory trial version www.pdffactory.com

1

2
Defendants,

3
NATURAL RESOURCES DEFENSE COUNCIL, SACRAMENTO RIVER PRESERVATION TRUST, SAVE SAN FRANCISCO BAY ASSOCIATION and THE BAY INSTITUTE,

4

5

6
Defendant-Intervenors.

7

8

9

10
Pursuant to the scheduling conference which came on regularly for hearing on May 26, 2006 at

11
8:45 a.m. in Department 3 of the above-entitled district court, and all parties having been heard on this

12
matter:

13
**IT IS HEREBY ORDERED:**

14
Farm Bureau's motion for judicial consideration of an extra-record document shall be filed no

15
later than June 1, 2006.  Any opposition thereto shall be filed no later than June 22, 2006, and Farm

16
Bureau's reply shall be filed no later than June 29, 2006.

17
**IT IS FURTHER ORDERED:**

18
The hearing on Farm Bureau's motion for judicial consideration of an extra-record document

19
will be on July 28, 2006 at 9:00 am in this Court.

20
After hearing Farm Bureau's motion, this Court will convene a scheduling conference in this

21
matter to be held on   August 31, 2006 at 8:45 a.m.

22
DATED:      June 5, 2006                    /s/ OLIVER W. WANGER_____

23
                                            HON. OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

PDF created with pdfFactory trial version www.pdffactory.com