BRENDA WASHINGTON DAVIS, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

ALAN N. BICK, State Bar No. 151452
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for Proposed Intervenors
California Farm Bureau Federation*

CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

*Pro Hac*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, a California non-profit corporation, *et al.*,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>ANNE BADGLEY, in her official capacity as Regional Director of the United States Fish and Wildlife Service, Region 1, *et al.*,<br>　　　Defendants,<br>　　and<br><br>NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br>　　　Intervenor-Defendant. | Case No: 1:02-CV-6461<br><br>**STIPULATION AND ORDER REVISING BRIEFING SCHEDULE**<br><br>**JUDGE:**　Hon. Oliver W. Wanger |

WHEREAS, on September 1, 2006, the Honorable Oliver W. Wanger entered an order setting the briefing schedule for this action;

WHEREAS, such order requires Plaintiffs' to file their Motion for Summary Judgment in this action by December 22, 2006 and sets a briefing schedule for the completion of this action;

WHEREAS, such order expressly contemplates the aforementioned briefing schedule may need to be modified depending on the results of the limited remand ordered by Judge Wanger on September 1, 2006;

WHEREAS, said remand has occurred and Plaintiffs, after reviewing the results of that remand, have engaged in further settlement discussions with Federal Defendants, and Plaintiffs and Federal Defendants now believe that there is a high likelihood of settling this action;

WHEREAS, Plaintiffs and Federal Defendants believe the settlement negotiations should be concluded by January 26, 2007;

WHEREAS, proceeding with the current briefing schedule in light of the settlement discussions may result in inefficient use of both counsels' and the judiciary's resources;

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the current December 22, 2006 deadline for Plaintiffs' Motion for Summary Judgment in this action be postponed until January 26, 2007, and the remaining briefing schedule be modified in the following manner:

Federal Defendants and Defendant-Intervenors shall file oppositions thereto and Cross-Motions for Summary Judgment by March 2, 2007;

Plaintiffs shall file their replies and opposition to Federal Defendants' and Defendant-Intervenors' Cross-Motions for Summary Judgment by March 16, 2007;

Federal Defendants and Defendant-Intervenors shall file their replies to Plaintiffs' oppositions by March 30, 2007;

The Cross-Motions for Summary Judgment shall be heard on April 27, 2007, at 10:00 a.m., in Courtroom 3, or at such time as set by the Honorable Oliver W. Wanger. Extended time is requested for oral argument.

Dated: December 19, 2006

By /s/ Brenda Washington Davis
    Brenda Washington Davis
    Ronda Azevedo Lucas
    Attorneys for PLAINTIFFS California Farm Bureau Federation and Ted Sheely

    Christopher H. Buckley
    Alan N. Bick
    Attorneys for PLAINTIFFS California Farm Bureau Federation

Dated: December 19, 2006

By /s/ Daniel J. O'Hanlon as authorized on December 19, 2006
    Daniel J. O'Hanlon
    Attorney for PLAINTIFFS San Luis & Delta-Mendota Water Authority and Westlands Water District

Dated: December 19, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH BARSKY, Assistant Section Chief

By /s/ James A. Maysonett as authorized on December 19, 2006
    James A. Maysonett
    Trial Attorney (D.C. Bar No. 463856)
    Environment & Natural Resources Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
    Telephone: (202) 305-0216
    Facsimile: (202) 305-0275
    Attorneys for FEDERAL DEFENDANTS

Dated: December 19, 2006

By /s/ Andrea A. Treece as authorized on December 19, 2006
    Trent W. Orr
    Andrea A. Treece
    Hamilton Candee
    Attorneys for DEFENDANT-INTERVENORS

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: 12/20/06                                             /s/ Oliver W. Wanger
                                                            Honorable Oliver W. Wanger
                                                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com