BRENDA WASHINGTON DAVIS, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

*Attorneys for Plaintiffs Ted Sheely and
California Farm Bureau Federation*

CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

*Pro Hac
Attorney for Plaintiff California Farm Bureau Federation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, a California non-profit corporation, *et al.*,<br>       Plaintiffs,<br><br>v.<br><br>ANNE BADGLEY, in her official capacity as Regional Director of the United States Fish and Wildlife Service, Region 1, *et al.*,<br>       Defendants,<br>  and<br><br>NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br>       Intervenor-Defendant. | Case No: 1:02-CV-6461<br><br>**STIPULATION AND ORDER REVISING BRIEFING SCHEDULE**<br><br>**JUDGE:**   Hon. Oliver W. Wanger |

WHEREAS, on September 1, 2006, the Honorable Oliver W. Wanger entered an order setting the briefing schedule for this action;

WHEREAS, such order requires Plaintiffs to file their Motion for Summary Judgment in this action by December 22, 2006 and sets a briefing schedule for the completion of this action;

WHEREAS, on December 19, 2006, Plaintiffs filed a stipulation, signed by all parties, and proposed order extending the deadlines contained in the briefing schedule.

WHEREAS, as set forth in the stipulation, Plaintiffs and Federal Defendants have engaged in further settlement discussions and believe there is a high likelihood of settling this action;

WHEREAS, on December 20, 2006, the Honorable Oliver W. Wanger signed the proposed order thereby postponing the deadline for Plaintiffs' Motion for Summary Judgment until January 26, 2007 and modifying the remaining briefing schedule;

WHEREAS, Plaintiffs and Federal Defendants continue to discuss the possibility of settlement and believe such discussions should be concluded by March 16, 2007;

WHEREAS, proceeding with the current briefing schedule in light of the settlement discussions may result in inefficient use of both counsels' and the judiciary's resources;

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the current January 26, 2007 deadline for Plaintiffs' Motion for Summary Judgment in this action be postponed until March 16, 2007, and the remaining briefing schedule be modified in the following manner:

Federal Defendants and Defendant-Intervenors shall file oppositions thereto and Cross-Motions for Summary Judgment by April 20, 2007;

Plaintiffs shall file their replies and opposition to Federal Defendants' and Defendant-Intervenors' Cross-Motions for Summary Judgment by May 4, 2007;

Federal Defendants and Defendant-Intervenors shall file their replies to Plaintiffs' oppositions by May 18, 2007;

The Cross-Motions for Summary Judgment shall be heard on May 25, 2007, at 10:00 a.m., in Courtroom 3, or at such time as set by the Honorable Oliver W. Wanger. Extended time is requested for oral argument.

Dated: January 23, 2007

           By  /s/ Brenda Washington Davis
              Brenda Washington Davis
              Ronda Azevedo Lucas
              Attorneys for PLAINTIFFS California Farm Bureau
              Federation and Ted Sheely

              Christopher H. Buckley
              Attorney for PLAINTIFFS California Farm Bureau
              Federation

Dated: January 23, 2007

           By  /s/ Daniel J. O'Hanlon (as authorized 1/23/07)
              Daniel J. O'Hanlon
              Attorney for PLAINTIFFS San Luis & Delta-Mendota
              Water Authority and Westlands Water District

Dated: January 23, 2007

              MATTHEW J. MCKEOWN
              Acting Assistant Attorney General
              JEAN E. WILLIAMS, Section Chief
              SETH BARSKY, Assistant Section Chief

           By  /s/ James A. Maysonett (as authorized 1/23/07)
              James A. Maysonett
              Trial Attorney (D.C. Bar No. 463856)
              Environment & Natural Resources Division
              U.S. Department of Justice
              Benjamin Franklin Station, P.O. Box 7369
              Washington, D.C.  20044-7369
              Telephone:  (202) 305-0216
              Facsimile:  (202) 305-0275
              Attorneys for FEDERAL DEFENDANTS

Dated: January 23, 2007

           By  /s/ Andrea A. Treece (as authorized 1/23/07)
              Trent W. Orr
              Andrea A. Treece
              Hamilton Candee
              Attorneys for DEFENDANT-INTERVENORS

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:  1/26/07                                         /s/ Oliver W. Wanger
                                                Honorable Oliver W. Wanger
                                                United States District Judge