1

MATTHEW J. MCKEOWN, Acting Assistant Attorney General
United States Department of Justice

2

Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief

3

LISA L. RUSSELL, Assistant Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar # 463856)

4

Wildlife and Marine Resources Section

5

Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

6

Telephone: (202) 305-0216
Facsimile: (202) 305-0275

7

Attorneys for Federal Defendants

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY et al.

Civ. No. F-02-6461-OWW-DLB

13

Plaintiffs,

14

v.

15

U.S. DEPARTMENT OF THE INTERIOR
et al.,

**Joint Stipulation Settling Plaintiffs'
Claims for Attorneys' Fees and Costs
and Order**

16

17

Defendants,

18

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

19

Defendant-Intervenors.

20

21

22

Plaintiffs California Farm Bureau Federation and Ted Sheely (the "Farm Bureau

Plaintiffs") and Federal Defendants United States Department of the Interior et al. (the "Federal

23

Defendants"), by and through their undersigned counsel, hereby say as follows:

24

WHEREAS, on November 22, 2002, the Farm Bureau Plaintiffs filed a complaint

25

initiating the present action in the United States District Court for the District of Columbia,

26

*California Farm Bureau Federation v. Badgley*, No. 1:02-cv-02328-RCL (D.D.C.), Docket No.

27

1;

28

1

WHEREAS, the First Claim in the Farm Bureau Plaintiffs' complaint alleged that the United States Fish and Wildlife Service (the "Service") had failed to conduct a five-year review of the listing status of the delta smelt, a fish, as required by Section 4(c)(2) of the Endangered Species Act ("ESA");

WHEREAS, the Farm Bureau Plaintiffs' first claim was resolved on June 13, 2003, when the United States District Court for the District of Columbia entered a stipulated settlement agreement (the "Agreement") submitted by the parties, *California Farm Bureau Federation*, No. 1:02-cv-02328-RCL, Docket No. 22;

WHEREAS, under ¶ 7 of that Agreement, the Federal Defendants agreed to pay the "reasonable attorneys' fees and costs attributable" to the Farm Bureau Plaintiffs' first claim for relief;

WHEREAS, the Farm Bureau Plaintiffs have presented the Federal Defendants with a claim for attorneys' fees and costs attributable to their first claim for relief in this matter;

WHEREAS, the Farm Bureau Plaintiffs moved the United States District Court for the District of Columbia for attorneys' fees and costs on October 12, 2004, Docket No. 35, but that motion was dismissed without prejudice on June 30, 2005, Docket No. 59, when this case was transferred to the present Court;

WHEREAS, the parties agree that it is in the interest of the parties and judicial economy to settle this claim for attorneys' fees and costs without protracted litigation; and,

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, the Farm Bureau Plaintiffs and the Federal Defendants hereby Stipulate and Agree as follows:

1.      The Federal Defendants agree to settle the Farm Bureau Plaintiffs' claim for the costs and attorneys' fees attributable to their first claim for relief in this matter for a total of $70,000.  This amount will be paid to the California Farm Bureau Federation by wire transfer.

2.      The Federal Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this stipulation.

3.      The Farm Bureau Plaintiffs agree to accept payment of $70,000 in full satisfaction of any and all claims for attorneys' fees and costs of litigation attributable to their first claim for relief in this matter, including any and all attorneys' fees and costs incurred compiling, presenting, and negotiating their claim for attorneys' fees and costs.

4.      The Farm Bureau Plaintiffs agree that receipt of this payment from the Federal Defendants shall operate as a release of the Farm Bureau Plaintiffs' claims for all attorneys' fees and costs attributable to their first claim for relief in this matter, and also any and all attorneys' fees and costs incurred compiling, presenting, and negotiating their claim for attorneys' fees and costs.

5.      By this Agreement, the Federal Defendants do not waive any right to contest any further fees or costs claimed by the Farm Bureau Plaintiffs or their counsel, including the hourly rate, in the present litigation or any future litigation.  Further, this stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

Respectfully submitted,

Dated: March 23, 2007

/s/ Brenda Washington Davis
_____
BRENDA WASHINGTON DAVIS, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
2300 Rievr Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

ALAN N. BICK, State Bar No. 151452
Gibson, Dunn & Crutcher LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

3

CHRISTOPHER H. BUCKLEY, JR.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

Attorneys for Plaintiffs California Farm Bureau Federation et al.

MATTHEW J. MCKEOWN, Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney
D.C. Bar # 463856
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

Pursuant to the foregoing stipulation, it is so ORDERED.

3/23/07                          /s/ Oliver W. Wanger
_____         _____
Dated                            Hon. Oliver W. Wanger
                                     United States District Judge