BRENDA WASHINGTON DAVIS, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

ALAN N. BICK, State Bar No. 151452
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for California Farm Bureau Federation*

CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

*Pro Hac*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, a California non-profit corporation, *et al*.,<br>　　Plaintiffs,<br><br>　v.<br><br>ANNE BADGLEY, in her official capacity as Regional Director of the United States Fish and Wildlife Service, Region 1, *et al*.,<br>　　Defendants,<br>　and<br><br>NATURAL RESOURCES DEFENSE COUNCIL, *et al*.,<br>　　Intervenor-Defendant. | Case No: 1:02-CV-6461<br><br>**ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT AND DISMISSING CLAIMS WITHOUT PREJUDICE**<br><br>**JUDGE:**　Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

This matter having come before the Court on the parties' Stipulated Settlement Agreement, it is hereby ORDERED that the Stipulated Settlement Agreement is APPROVED, and that pursuant thereto:

It is ORDERED that these consolidated actions are hereby DISMISSED WITHOUT PREJUDICE, except that the Court retains jurisdiction over this action for the limited purpose of resolving disputes which may arise out of the Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Costs (submitted March 23, 2007), and any motion to adjudicate a controversy arising out of or relating to this Settlement Agreement or an alleged breach thereof.

IT IS FURTHER ORDERED that each party shall bear its own fees and costs incurred in connection with these consolidated actions, except as provided in the Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Costs (submitted March 23, 2007).

Dated:  3/23/07              /s/ Oliver W. Wanger
                             Honorable Oliver W. Wanger
                             United States District Judge

849966.1 10355.15

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER                    1                   Case No. 1:02-CV-6461 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com